**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Western Division*
*211 S. Court Street*
*Rockford, IL 61101*

---

In Re:

Shawn E Reynolds
509 East Patterson Street
Malta, IL 60150
SSN: xxx−xx−9965  EIN: N.A.

Cheryl C Reynolds
509 East Patterson Street
Malta, IL 60150
SSN: xxx−xx−0236  EIN: N.A.
aka Cheryl Colleen Shriver

Case No. :  11−85194
Chapter :  7
Judge :  Manuel Barbosa

---

**NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE**

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.


FOR THE COURT


Dated: March 15, 2012

Kenneth S. Gardner, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-85194-MB
Shawn E Reynolds                                                          Chapter 7
Cheryl C Reynolds
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 3              Date Rcvd: Mar 15, 2012
                              Form ID: cxdsch7           Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2012.
db/jdb        +Shawn E Reynolds,   Cheryl C Reynolds,   509 East Patterson Street,   Malta, IL 60150-9546
18137721      +A.R.C.,   520 E 22nd St.,   Lombard, IL 60148-6110
18137722      +Ally Financial,   200 Renaissance Ctr,   Detroit, MI 48243-1300
18137723       American Investment Ba,   Po Box 510083,   Salt Lake City, UT 84151
18137724      +Bank Of America, N.A.,   450 American St,   Simi Valley, CA 93065-6285
18137725       Best Buy,   P.O. Box 17298,   Baltimore, MD 21297-1298
18137727     ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,   Po Box 85520,   Richmond, VA 23285)
18137728      +Chase Bank Usa, Na,   Po Box 15298,   Wilmington, DE 19850-5298
18137729     ++DEKALB CLINIC CHARTERED,   1850 GATEWAY DR,   SYCAMORE IL 60178-3192
              (address filed with court: DeKalb Clinic Chartered,   217 Franklin Street,   Dekalb, IL 60115)
18137730      +Direct TV,   P.O. Box 78626,   Phoenix, AZ 85062-8626
18137731      +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
18137733      +Germbusters,   75 Remittance Drive,   Chicago, IL 60675-1001
18137739     ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,   PO BOX 5213,   CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc/Bsbuy,   Po Box 15519,   Wilmington, DE 19850)
18137736      +Heights Finance Corp #,   122 May Mart Dr,   Rochelle, IL 61068-1700
18137737      +Heightsfin,   122 Maymart,   Rochelle, IL 61068-1700
18137738      +Hsbc Bank,   Po Box 5253,   Carol Stream, IL 60197-5253
18137740      +Joseph R. Baumgart,   625 E. Bethany Road, Suite 1,   DeKalb, IL 60115-4908
18137742      +Kishwaukee Community Hospital,   626 Bethany Road,   Dekalb, IL 60115-4939
18137744       Midland Orthopedics,   Midland Drive,   Sycamore, IL 60178
18137745      +Midwest Orthopaedic Institute,   2111 Midlands Ct. Ste. 100,   Sycamore, IL 60178-3125
18137746      +Mon & Main,   1112 7th Avenue,   Monroe, WI 53566-1364
18137748      +Prairie Point Obstetrics & Gynocolo,   P.O. Box 823,   DeKalb, IL 60115-0823
18137750      +Rockford Mercantile,   2502 S Alpine Rd,   Rockford, IL 61108-7813
18137751      +Rrca Acct Mgmt,   201 E 3rd St,   Sterling, IL 61081-3611
18137752      +Sears/Cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
18137753      +The American Natl Bk O,   124 S Main St,   Sycamore, IL 60178-1896
18137755      +Victoria's Secret,   P.O. Box 659728,   San Antonio, TX 78265-9728
18137756       Vision Financial Corp.,   P.O. Box 800,   Purchase, NY 10577-0800
18137757      +Wffnatbank,   Po Box 94498,   Las Vegas, NV 89193-4498
18137758      +Wffnatlbnk,   Po Box 94498,   Las Vegas, NV 89193-4498
18137759      +Wfnnb/Victorias Secret,   Po Box 182128,   Columbus, OH 43218-2128

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18137722      +E-mail/Text: ally@ebn.phinsolutions.com Mar 16 2012 03:09:54     Ally Financial,
               200 Renaissance Ctr,   Detroit, MI 48243-1300
18137726      +E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2012 04:40:36     Blain's farm & Fleet.GEMB,
               P.O. Box 960061,   Orlando, FL 32896-0061
18137732      +E-mail/PDF: gecsedi@recoverycorp.com Mar 16 2012 04:40:36     Gecrb/Blains Farm&Flee,
               950 Forrer Blvd,   Kettering, OH 45420-1469
18137734      +E-mail/Text: bankruptcy@hraccounts.com Mar 16 2012 03:07:44     H & R Accounts Inc,
               7017 John Deere Pkwy,   Moline, IL 61265-8072
18137741      +E-mail/Text: ebnsterling@weltman.com Mar 16 2012 03:07:51     Kay Jewelers,   375 Ghent Rd,
               Fairlawn, OH 44333-4600
18137743      +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 16 2012 03:07:46     Kohls/Capone,
               N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
18137747      +Fax: 847-227-2151 Mar 16 2012 05:09:35     Mrsi,   2250 E Devon Ave Ste 352,
               Des Plaines, IL 60018-4521
18137749      +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Mar 16 2012 04:39:34     Regional Acceptance Co,
               110 W Randill Mill Rd St,   Arlington, TX 76011-4611
                                                                                             TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18137754       University of Chicago
18137735*     +H & R Accounts, Inc.,   7017 John Deere Parkway,   Moline, IL 61265-8072
                                                                                 TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3          User: cshabez              Page 2 of 3              Date Rcvd: Mar 15, 2012
                              Form ID: cxdsch7           Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 17, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-3          User: cshabez              Page 3 of 3              Date Rcvd: Mar 15, 2012
                              Form ID: cxdsch7           Total Noticed: 38
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2012 at the address(es) listed below:
          James E Stevens    jimstevens@bslbv.com,   IL48@ecfcbis.com
          K. O. Johnson    on behalf of Debtor Shawn Reynolds office60115@aol.com,   johnsonkoj@aol.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Richard D. Larson    on behalf of Creditor   American Midwest Bank, f/k/a American National Bank of
           DeKalb County larlaw@tbc.net
                                                                                                                                TOTAL: 4

Case 11-85194   Doc 20   Filed 03/15/12   Entered 03/17/12 23:35:25   Desc Imaged
Certificate of Notice    Page 4 of 4